IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICK HOLNESS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-4852 |
| v. | : | |
| | : | |
| **THE ATTORNEY GENERAL OF THE** | : | |
| **STATE OF PENNSYLVANIA,** *et al.* | : | |
| *Respondents* | : | |

# O R D E R

**AND NOW,** this 16th day of May 2014, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of the United States Magistrate Judge Linda K. Caracappa [ECF 11], and no written objections filed thereto, it is hereby **ORDERED** that:

i. The Report and Recommendation is **APPROVED** and **ADOPTED**.

ii. The petition for Writ of *Habeas Corpus* is **DENIED** and **DISMISSED**.

iii. There is no probable cause to issue a certificate of appealability.

iv. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.